PRUDENTIAL INSURANCE COMPANY OF AMERICA v. BUSH *et al*.

RUSSELL, Chief Justice. It is evident from the record that this case is controlled by the rulings of this court in *Stapler* v. *Anderson*, 177 *Ga.* 434 (170 S. E. 498); and no special elaboration of the points involved is necessary. The court correctly overruled the demurrers, and did not err in directing a verdict in favor of the defendant Bush.

*Judgment affirmed. All the Justices concur.*

No. 10126. JANUARY 18, 1935.

112

*N. L. Stapleton,* for plaintiff.   *A. N. Durden,* for defendant.